**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WILFREDO MARIEL RAMOS-
TEJADA,

               Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

               Respondent.

No. 10-71800

Agency No. A097-879-512

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

     Petitioner Wilfredo Mariel Ramos-Tejada, a native and citizen of

Guatemala, petitions pro se for review of a Board of Immigration Appeals order

dismissing his appeal from an immigration judge's denial of his application for

---

     [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

cancellation of removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Ramos-Tejada failed to show exceptional and extremely unusual hardship to his U.S. citizen children.  8 U.S.C. § 1252(a)(2)(B); *Mendez-Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**